**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MELVIN L STAPLER, SR**                                              **PLAINTIFF**

**v.**                                    **CASE NO. 3:25-CV-00252-BSM**

**SOCIAL SECURITY ADMINISTRATION**
**Commissioner**                                                       **DEFENDANT**

## ORDER

Defendant's unopposed motion to reverse and remand to the Commissioner for further

proceedings [Doc. No. 5] pursuant to sentence four of section 205(g) of the Social Security

Act, 42 U.S.C. section 405(g) is granted.

IT IS SO ORDERED this 11th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE