IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MELVIN L STAPLER, SR**                                                    **PLAINTIFF**

**v.**                                     **CASE NO. 3:25-CV-00252-BSM**

**SOCIAL SECURITY ADMINISTRATION**
**Commissioner**                                                            **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is reversed and remanded to the

Commissioner for further proceedings pursuant to sentence four of section 205(g) of the

Social Security Act, 42 U.S.C. section 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89

(1991).

IT IS SO ORDERED this 11th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE